UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Eric Bowers,**

                 Plaintiff,         19-CV-9313 (LAK)

v.

**Racher Press, Inc.,**

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

      By letter dated November 25, 2019 the parties informed chambers that this case has been settled. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 2, 2020, if the settlement is not executed by then.

      SO ORDERED.

DATED:     December __, 2019

                                                      Lewis A. Kaplan
                                          United States District Judge